LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
sulm@bremerwhyte.com
dmeriwether@bremerwhyte.com

Attorneys for Defendants,
Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; Gateway Group One, Inc; Daniel Blaise; Jordan Orphan;
and Diamond Barrier

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE FLOOD, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., a foreign corporation; GATEWAY FRONTLINE SERVICES, INC. a foreign corporation; GATEWAY GROUP ONE, INC. a foreign corporation; DANIEL BLAISE, an individual; JORDAN ORPHAN, an individual; DIAMOND BARRIER, an individual, DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 2:21-cv-00717<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

**TO: THE UNITED STATES DISTRICT COURT FOR DISTRICT OF NEVADA:**

Please take notice that Defendants: Frontier Airlines, Inc.; Gateway Frontline Gateway Group One, Inc.; and Diamond Barrier (hereinafter "Defendants"), submits

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1527.020  4821-3182-9734.1

this Notice of Removal to the United States District Court for the District of Nevada.

PLEASE TAKE NOTICE that DEFENDANTS hereby remove the state action entitled "DIANE FLOOD, individually vs. FRONTIER AIRLINES, INC. ET AL.," Case No. A-21-831964-C filed in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark to this Court.  The grounds for removal are as follows:

1. Plaintiff filed her Complaint on March 29, 2021, against Defendants Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; Gateway Group One, Inc.; Daniel Blaise; Jordan Orphan; and Diamond Barrier.

2. Removal is appropriate pursuant to 28 U.S.C. §1441(b) because there is diversity of citizenship, sufficient to justify removal. Plaintiff Diane Flood was a citizen of the State of Nevada at the time of the incident as she was moving from Milwaukee, Wisconsin to Las Vegas, Nevada for medical treatment. In addition, Defendant Diamond Barrier is and was a citizen of the State of Georgia. Further, the three entity Defendants are citizens of the States of Colorado or New Jersey.  As such, there is now and there was at the time of the commencement of this action complete diversity between Plaintiff and served Defendants.

3. Service of the Summons and Complaint upon Defendants were made on the dates as follows:

    | Defendant | Date |
    |---|---|
    | Frontier Airlines, Inc. | March 31, 2021 |
    | Gateway Frontline Services, Inc. | April 14, 2021 |
    | Gateway Group One, Inc. | March 30, 2021 |
    | Daniel Blaise | Pending |
    | Jordan Orphan | Pending |
    | Diamond Barrier | April 2, 2021 |

4. Defendants have not filed an Answer.

5. No further proceedings have been had in this matter in the Eighth Judicial

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1527.020 4821-3182-9734.1

District Court, Clark County, State of Nevada.

6. Pursuant to 28 U.S.C. §1446(b), Defendants provide this Court with copies of the following documents:

   a. Complaint, attached hereto as **Exhibit A**.

7. The sum of the damages alleged by Plaintiff necessarily exceeds $75,000.00, exclusive of interest and costs, based on the following facts: Plaintiff is claiming an excess of $194,000.00 in past and future medical specials as of December 9, 2019 based on her pre-litigation demand.

8. This Court has original jurisdiction over the subject matter of this action under the provisions of Section 1332 of Title 28 of the United States Code in that there is complete diversity between the parties and more than $75,000.00 in controversy exclusive of interest and costs. Pursuant to Section 1441 of Title 28 of the United States Code, Defendants are therefore entitled to remove this action to this Court.

9. Thirty days have not elapsed since the first served Defendant, Frontier Airlines, Inc. was served with the summons and complaint in this action on March 31, 2021.

10. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court, Clark County, State of Nevada.

Dated: April 30, 2021

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
Attorneys for Defendants,
*Frontier Airlines, Inc., Gateway Frontline Services, Inc., Gateway Group One, Inc., Daniel Blaise, Jordan Orphan, Diamond Barrier*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1527.020  4821-3182-9734.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April 2021, a true and correct copy of the foregoing document was electronically delivered to CM/ECF for filing and service upon all electronic service list recipients.

_____
Shannon Formont, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1527.020 4821-3182-9734.1