| | |
|---|---|
| 1 | LUCIAN J. GRECO, JR., ESQ. |
|   | Nevada State Bar No. 10600 |
| 2 | SCOTT W. ULM, ESQ. |
|   | Nevada State Bar No. 12652 |
| 3 | DANIELLE M. MERIWETHER |
|   | Nevada State Bar No. 14924 |
| 4 | BREMER WHYTE BROWN & O'MEARA LLP |
|   | 1160 N. TOWN CENTER DRIVE |
| 5 | SUITE 250 |
|   | LAS VEGAS, NV 89144 |
| 6 | TELEPHONE:  (702) 258-6665 |
|   | FACSIMILE:  (702) 258-6662 |
| 7 | lgreco@bremerwhyte.com |
|   | sulm@bremerwhyte.com |
| 8 | dmeriwether@bremerwhyte.com |

Attorneys for Defendants,
Frontier Airlines, Inc., Gateway Frontline Services, Inc.,
Gateway Group One, Inc., Daniel Blaise, Jordan Orphan,
and Diamond Barrier

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE FLOOD, an individual, | Case No. 2-21-cv-00717 |
| Plaintiff, | **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| FRONTIER AIRLINES, INC., a foreign corporation; GATEWAY FRONTLINE SERVICES, INC. a foreign corporation; GATEWAY GROUP ONE, INC. a foreign corporation; DANIEL BLAISE, an individual; JORDAN ORPHAN, an individual; DIAMOND BARRIER, an individual, DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| Defendant. | |

Defendants: Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; and Gateway Group One, Inc. (hereinafter "Defendants"), by and through their attorneys of record, Lucian J. Greco, Esq., Scott W. Ulm, Esq., and Danielle M. Meriwether of

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1527.020 4822-3131-3382.1

Bremer Whyte Brown & O'Meara, LLP, hereby submits the following Certificate of Interested Parties in Compliance with F.R.CP. 7.1 and Local Rule 7.1-1.

The undersigned, attorneys of record for Defendants, certify that the following may have a direct, pecuniary interest in the outcome of this case:

1. Frontier Airlines, Inc. is a wholly owned subsidiary of its parent company, Indigo Partners, LLC, which is a publicly traded company.

2. Gateway Frontline Services, Inc. is a wholly owned subsidiary of Gateway Group One, Inc., a privately held company.

3. Gateway Group One, Inc. is a privately held company.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: April 30, 2021          BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
Attorneys for Defendants,
*Frontier Airlines, Inc., Gateway Frontline Services, Inc., Gateway Group One, Inc., Daniel Blaise, Jordan Orphan, Diamond Barrier*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1527.020 4822-3131-3382.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2021, a true and correct copy of the foregoing document was electronically delivered to CM/ECF for filing and service upon all electronic service list recipients.

_____
Shannon Formont, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1527.020 4822-3131-3382.1