LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
sulm@bremerwhyte.com
dmeriwether@bremerwhyte.com

Attorneys for Defendants,
Frontier Airlines, Inc.; Gateway Frontline Services,
Inc.; Gateway Group One, Inc; Daniel Blaise; Jordan
Orphan; and Diamond Barrier

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE FLOOD, an individual, | Case No. 2:21-cv-00717 |
| Plaintiff, | **DEFENDANTS' STATEMENT OF REMOVAL** |
| vs. | |
| FRONTIER AIRLINES, INC., a foreign corporation; GATEWAY FRONTLINE SERVICES, INC. a foreign corporation; GATEWAY GROUP ONE, INC. a foreign corporation; DANIEL BLAISE, an individual; JORDAN ORPHAN, an individual; DIAMOND BARRIER, an individual, DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| Defendant. | |

Defendants: Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; Gateway Group One, Inc.; and Diamond Barrier (hereinafter "Defendants"), by and through their attorneys of record, Lucian J. Greco, Esq., Scott W. Ulm, Esq., and Danielle M.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1527.020  4835-0362-9286.1

Meriwether of Bremer Whyte Brown & O'Meara, LLP, hereby submits the following Statement of Removal.

**1. The date on which you were served with a copy of the complaint.**

Response: Defendants were served with a copy of the Complaint as follows:

| | |
|---|---|
| Frontier Airlines, Inc. | March 31, 2021 |
| Gateway Frontline Services, Inc. | April 14, 2021 |
| Gateway Group One, Inc. | March 30, 2021 |
| Daniel Blaise | Pending |
| Jordan Orphan | Pending |
| Diamond Barrier | April 2, 2021 |

(Complaint, attached as **Exhibit A**; Proofs of Service, attached as **Exhibits B - E**)

**2. The date on which you were served with a copy of the summons.**

Response: Defendants were served with a copy of the Summons as follows:

| | |
|---|---|
| Frontier Airlines, Inc. | March 31, 2021 |
| Gateway Frontline Services, Inc. | April 14, 2021 |
| Gateway Group One, Inc. | March 30, 2021 |
| Daniel Blaise | Pending |
| Jordan Orphan | Pending |
| Diamond Barrier | April 2, 2021 |

**3. Is removal based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

Response:   Removal is based on diversity jurisdiction/citizenship:

Plaintiff:   According to Plaintiff's Complaint, Plaintiff was a resident of the State of Nevada as she was moving to Las Vegas, Nevada from Milwaukee, Wisconsin.

Defendants:

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1527.020  4835-0362-9286.1

A.   Frontier Airlines, Inc. is and was, at all times relevant, a resident of the State of Colorado as it is incorporated in Colorado.

B.   Gateway Frontline Services, Inc. is and was, at all times relevant, a resident of the State of New Jersey as it is incorporated in New Jersey.

C.   Gateway Group One, Inc is and was, at all times relevant, a resident of the State of New Jersey as it is incorporated in New Jersey.

D.   Diamond Barrier is and was at all times relevant, a resident of the state of Georgia.

E.   Jordan Orphan, based upon information and belief is not a resident of the State of Nevada.

F.   Daniel Blaise, based upon information and belief is not a resident of the State of Nevada.

Plaintiff's action is for negligence. Plaintiff's claim arises from an alleged incident which occurred on or about April 5, 2019, which allegedly resulted in bodily injuries to Plaintiff.  Plaintiff alleges the handling of her transfer from an aisle chair to a wheelchair following her flight on Frontier Airlines cause her to sustain injuries. Plaintiff has alleged in her Complaint damages exceeding $15,000 for past and future medical expenses. However, Plaintiff provided a pre-litigation demand that alleged damages in excess of $194,000.00 as of December 9, 2019.

4. **If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

Response: Not applicable.

5. **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court**.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1527.020 4835-0362-9286.1

Response:   Not Applicable.

**6. The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.**

Response:   Not Applicable.

Dated: April 30, 2021

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
Attorneys for Defendants,
*Frontier Airlines, Inc., Gateway Frontline Services, Inc., Gateway Group One, Inc., Daniel Blaise, Jordan Orphan, Diamond Barrier*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

4

1527.020  4835-0362-9286.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2021, a true and correct copy of the foregoing document was electronically delivered to Odyssey for filing and service upon all electronic service list recipients.

_____
Shannon Formont, an employee of
BREMER WHYTE BROWN &
O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

5

1527.020 4835-0362-9286.1