# EXHIBIT B

EXHIBIT B

Electronically Filed
4/12/2021 10:16 PM
Steven D. Grierson
CLERK OF THE COURT

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Paul R.M. Cullen, Esq (#12355) <br> Bertoldo Baker Carter & Smith <br> 7408 West Sahara Avenue <br> Las Vegas, NV 89117 <br> Telephone No: (702) 228-2600 | | |
| Attorney For: Plaintiff | Ref. No. or File No.: 21475-19 | |
| Insert name of Court, and Judicial District and Branch Court: <br> District Court Clark County, Nevada | | |
| Plaintiff: Diane Flood <br> Defendant: Frontier Airlines, Inc., et al. | | |

| DECLARATION OF SERVICE | Hearing Date: | Time: | Dept/Div: 13 | Case Number: A-21-831964-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served: Frontier Airlines, Inc., a foreign corporation
   b. Person served: Kris Osborne - Authorized Agent, a person of suitable age and discretion at the most recent street address of the registered agent shown on the information filed with the Secretary of State.

4. Address where the party was served: REGISTERED AGENT - CORPORATION SERVICE COMPANY
   112 N Curry St, Carson City, NV 89703

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 31 2021 (2) at: 12:50 PM

*Fee for Service:*
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. **Person Who Served Papers:**
   a. Toni Ruckman (R-2020-00063, Washoe)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

03/31/2021                                 *Toni L Ruckman*
(Date)                                     (Signature)



DECLARATION OF SERVICE                     5522947
                                           (55167225)

Case Number: A-21-831964-C