# EXHIBIT C

EXHIBIT C

Electronically Filed
4/20/2021 9:36 AM
Steven D. Grierson
CLERK OF THE COURT

| | |
|---|---|
| **Attorney or Party without Attorney:** Paul R.M. Cullen, Esq (#12355)<br>Bertoldo Baker Carter & Smith<br>7408 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone No: (702) 228-2600<br>Attorney For: Plaintiff | *For Court Use Only*<br><br>Ref. No. or File No.: 21475-19 |

Insert name of Court, and Judicial District and Branch Court:
District Court Clark County, Nevada

Plaintiff: Diane Flood
Defendant: Frontier Airlines, Inc., et al.

| DECLARATION OF SERVICE | Hearing Date: | Time: | Dept/Div: 13 | Case Number: A-21-831964-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served: Gateway Frontline Services, Inc. a foreign corporation
   b. Person served: Elena Golden, Controller, a person of suitable age and discretion, authorized to accept at the address listed below. Authorized to accept by Treasurer Ana Sciara.

4. Address where the party was served: c/o Ana Sciara - Treasurer
   604-608 Market St, NEWARK, NJ 07105

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 14 2021 (2) at: 01:34 PM

6. **Person Who Served Papers:**
   a. Manny Bayo
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

*Fee for Service:*
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

04/19/2021
(Date)                              (Signature)



| DECLARATION OF SERVICE | 5523004 (55167226) |
|---|---|

Case Number: A-21-831964-C