# EXHIBIT D

EXHIBIT D

|  |  |  |
|---|---|---|
| **Attorney or Party without Attorney:**<br>Paul R.M. Cullen, Esq (#12355)<br>Bertoldo Baker Carter & Smith<br>7408 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone No: (702) 228-2600 | *For Court Use Only* | Electronically Filed<br>4/12/2021 10:16 PM<br>Steven D. Grierson<br>CLERK OF THE COURT |
| Attorney For: Plaintiff | Ref. No. or File No.: 21475-19 | |

**Insert name of Court, and Judicial District and Branch Court:**
District Court Clark County, Nevada

Plaintiff: Diane Flood
Defendant: Frontier Airlines, Inc., et al.

| **DECLARATION OF SERVICE** | Hearing Date: | Time: | Dept/Div: 13 | Case Number: A-21-831964-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served:        Gateway Group One, Inc. a foreign corporation
   b. Person served:    Bridgette Worthington, General Manager, Authorized to Accept service.
                        Des: Caucasian , Female , Age: 45 , Hair: Brown , Height: 5'3" , Weight: 180

4. Address where the party was served:    3470 E Russell Rd #110, Las Vegas, NV 89120

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 30 2021 (2) at: 03:21 PM

*Fee for Service:*
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. **Person Who Served Papers:**
   a. Leidy Serna (R-2021-00310, Clark)
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

04/05/2021
(Date)                                          (Signature)

FL FIRSTLEGAL

DECLARATION OF SERVICE

5523018
(55167227)

Case Number: A-21-831964-C