# EXHIBIT E

EXHIBIT E

Electronically Filed
4/12/2021 10:16 PM
Steven D. Grierson
CLERK OF THE COURT

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Paul R.M. Cullen, Esq (#12355)<br>Bertoldo Baker Carter & Smith<br>7408 West Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone No: (702) 228-2600<br>Attorney For: Plaintiff | Ref. No. or File No.: 21475-19 |

*Insert name of Court, and Judicial District and Branch Court:*
District Court Clark County, Nevada

Plaintiff: Diane Flood
Defendant: Frontier Airlines, Inc., et al.

| DECLARATION OF SERVICE | Hearing Date: | Time: | Dept/Div:<br>13 | Case Number:<br>A-21-831964-C |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT

3. a. Party served: Diamond Barrier, an individual
   b. Person served: Party in item 3a

4. Address where the party was served: 8832 Wesley Pl, Jonesboro, GA 30238

5. I served the party:
   a. **by substituted service.** On: Fri, Apr 02 2021 at: 01:56 PM by leaving the copies with or in the presence of: Tracey Porter - Mother/Co-occupant, African American, Female, Age: 55, Hair: Brown, Height: 5'7", Weight: 170, a person of suitable age and discretion residing at the Defendant's usual place of abode located at the address listed in item 4.

   (2) Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Fee for Service:
Pursuant to NRS 53.045
I Declare under penalty of perjury under the laws of the State of NEVADA that the foregoing is true and correct.

6. Person Who Served Papers:
   a. Floretta Fitzgerald
   b. FIRST LEGAL
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

4-8-21
(Date)                          (Signature)

FL FIRST LEGAL

DECLARATION OF SERVICE

5523151
(55167229)

Case Number: A-21-831964-C