```
 1  LUCIAN J. GRECO, JR., ESQ.
    Nevada State Bar No. 10600
 2  SCOTT W. ULM, ESQ.
    Nevada State Bar No. 12652
 3  DANIELLE M. MERIWETHER
    Nevada State Bar No. 14924
 4  BREMER WHYTE BROWN & O'MEARA LLP
    1160 N. TOWN CENTER DRIVE
 5  SUITE 250
    LAS VEGAS, NV 89144
 6  TELEPHONE:  (702) 258-6665
    FACSIMILE:  (702) 258-6662
 7  lgreco@bremerwhyte.com
    sulm@bremerwhyte.com
 8  dmeriwether@bremerwhyte.com

 9  Attorneys for Defendants,
    Frontier Airlines, Inc.; Gateway Frontline Services,
10  Inc.; Gateway Group One, Inc; Daniel Blaise; Jordan
    Orphan; and Diamond Barrier
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE FLOOD, an individual, | Case No. 2:21-cv-00717 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO REMAND** |
| FRONTIER AIRLINES, INC., a foreign corporation; GATEWAY FRONTLINE SERVICES, INC. a foreign corporation; GATEWAY GROUP ONE, INC. a foreign corporation; DANIEL BLAISE, an individual; JORDAN ORPHAN, an individual; DIAMOND BARRIER, an individual, DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive, | |
| Defendant. | |

Defendants: Frontier Airlines, Inc.; Gateway Frontline Gateway Group One, Inc.; and Diamond Barrier (hereinafter "Defendants"), and Plaintiff, Diane Flood, by and through their respective counsel, hereby stipulate and agree, that matter styled, *Flood v. Frontier Airlines, Inc., et al*., Case No. 2:21-cv-00717, shall be remanded to the Eighth Judicial District Court.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1527.020 4843-6161-2008.1

The United Stated District Court no longer maintains subject-matter jurisdiction over the above referenced action as Plaintiff alleges that Defendants Daniel Blaise and Jordan Orphan are residents of Nevada. Each Party shall bear their own fees, costs, and expenses.

**STIPULATED AND AGREED TO**:

DATED this_24th day of May_2021.           DATED this 24th_day of May 2021.

BERTOLDO BAKER CARTER           BREMER WHYTE BROWN &
& SMITH                         O'MEARA, LLP

/s/ Paul Cullen_____              ___/s/ Danielle Meriwether_____
Paul R.M. Cullen, Esq.              Lucian J. Greco, Jr., Esq.
Nevada Bar No. 12355                Nevada State Bar No. 10600
Steven M. Baker, Esq.               Scott W. Ulm, Esq.
Nevada Bar No. 4522                 Nevada State Bar No. 12652
Attorneys for Plaintiff,            Danielle M. Meriwether, Esq.
*Diane Flood*                       Nevada State Bar No. 14924
                                    Attorneys for Defendants,
                                    *Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; Gateway Group One, Inc; Daniel Blaise; Jordan Orphan; and Diamond Barrier*

/ / /

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1527.020  4843-6161-2008.1

*Flood v. Frontier Airlines, Inc., et al.*,
Case No. 2:21-cv-00717

### **ORDER**

ITS IS SO ORDERED that the matter styled *Flood v. Frontier Airlines, Inc., et al.*, Case No. 2:21-cv-00717, shall be remanded to the Eighth Judicial District Court.

IT IS FURTHER ORDERED that each party shall bear its own fees, costs, and expenses.

DATED this ____day of May 2021.

_____

Respectfully Submitted by:
BREMER WHYTE BROWN
& O'MEARA LLP

*/s/ Danielle Meriwether*
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER
Nevada State Bar No. 14924
Attorneys for Defendants,
*Frontier Airlines, Inc.; Gateway Frontline Services, Inc.; Gateway Group One, Inc; Daniel Blaise; Jordan Orphan; and Diamond Barrier*

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1527.020 4843-6161-2008.1